# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **SHERRY LEE HAGY,** | )<br>) |
| Plaintiff, | )  Case No. 1:22CV00017<br>) |
| v. | )  **JUDGMENT**<br>) |
| **KILOLO KIJAKAZI,**<br>**ACTING COMMISSIONER**<br>**OF SOCIAL SECURITY,** | )  JUDGE JAMES P. JONES<br>)<br>)<br>) |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: July 13, 2023

/s/ JAMES P. JONES
Senior United States District Judge